**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



**Name:** WYATT W. WALKER
**Address:** 1610 ROSEWOOD LN
CHILLICOTHE, MO 64601

**Check Date:** 06/14/2019
**Payroll Period:** 5/16/2019 - 5/31/2019
**Check Net Amount:** $1,030.32

| Wages | | Amount | YTD Amount |
|---|---|---|---|
| GROSS WAGES | | $1,329.67 | $14,475.65 |
| FEDERAL/STATE TAXABLE WAGE | | $1,274.24 | $13,871.96 |
| SOCIAL SECURITY/MEDICARE WAGE | | $1,327.43 | $14,451.01 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | -10:30 | $-161.10 |
| ANNUAL LEAVE USAGE PAY | $1,329.67 | 3:00 | $46.03 |
| HOLIDAY COMP USAGE PAY | $1,329.67 | 2:30 | $38.36 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| SICK LEAVE USAGE PAY | $1,329.67 | 5:00 | $76.71 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $30.00 | $60.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.32 |
| FEDERAL TAX WITHHOLDING | $78.25 | $846.29 |
| MCHCP VISION - CP | $2.24 | $24.64 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.25 | $209.54 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $579.05 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $895.96 |
| STATE TAX WITHHOLDING | $34.00 | $126.00 |
| Total | $299.35 | $2,742.80 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $62.26 |
| LONG TERM DISABILITY FRINGE | $6.32 | $68.79 |
| MEDICARE FRINGE PAYMENT | $19.25 | $209.54 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $2,925.56 |
| RETIREE HEALTH FRINGE | $57.57 | $767.02 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $895.96 |
| Total | $439.89 | $4,929.13 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024178091 | CHECKING | ****2445 | 314074269 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| Name: WYATT W. WALKER | Check Date: 05/31/2019 |
|---|---|
| Address: 1610 ROSEWOOD LN | Payroll Period: 5/01/2019 - 5/15/2019 |
| CHILLICOTHE, MO 64601 | Check Net Amount: $1,030.32 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,329.67 | $13,145.98 |
| FEDERAL/STATE TAXABLE WAGE | $1,274.24 | $12,597.72 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,327.43 | $13,123.58 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | -40:00 | $-613.69 |
| ANNUAL LEAVE USAGE PAY | $1,329.67 | 5:00 | $76.71 |
| FEDERAL COMP USAGE PAY | $1,329.67 | 6:00 | $92.05 |
| HOLIDAY COMP USAGE PAY | $1,329.67 | 2:00 | $30.68 |
| OTHER LEAVE WITH PAY | $1,329.67 | 8:00 | $122.74 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| SICK LEAVE USAGE PAY | $1,329.67 | 19:00 | $291.51 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $30.00 | $30.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.20 |
| FEDERAL TAX WITHHOLDING | $78.25 | $768.04 |
| MCHCP VISION - CP | $2.24 | $22.40 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.25 | $190.29 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $525.86 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $813.66 |
| STATE TAX WITHHOLDING | $34.00 | $92.00 |
| Total | $299.35 | $2,443.45 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $56.54 |
| LONG TERM DISABILITY FRINGE | $6.32 | $62.47 |
| MEDICARE FRINGE PAYMENT | $19.25 | $190.29 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $2,656.83 |
| RETIREE HEALTH FRINGE | $57.57 | $709.45 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $813.66 |
| Total | $439.89 | $4,489.24 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024125961 | CHECKING | ****2445 | 314074269 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



| Name: WYATT W. WALKER | Check Date: 05/15/2019 |
|---|---|
| Address: 1610 ROSEWOOD LN | Payroll Period: 4/16/2019 - 4/30/2019 |
| CHILLICOTHE, MO 64601 | Check Net Amount: $1,087.33 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,329.67 | $11,816.31 |
| FEDERAL/STATE TAXABLE WAGE | $1,274.24 | $11,323.48 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,327.43 | $11,796.15 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | 4:00 | $61.37 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -4:00 | $-61.37 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.08 |
| FEDERAL TAX WITHHOLDING | $78.25 | $689.79 |
| MCHCP VISION - CP | $2.24 | $20.16 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.24 | $171.04 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $472.67 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $731.36 |
| STATE TAX WITHHOLDING | $7.00 | $58.00 |
| Total | $242.34 | $2,144.10 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $50.82 |
| LONG TERM DISABILITY FRINGE | $6.32 | $56.15 |
| MEDICARE FRINGE PAYMENT | $19.24 | $171.04 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $2,388.10 |
| RETIREE HEALTH FRINGE | $57.57 | $651.88 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $731.36 |
| Total | $439.88 | $4,049.35 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024074575 | CHECKING | ****2445 | 314074269 |



**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| | |
|---|---|
| **Name:** WYATT W. WALKER | **Check Date:** 04/30/2019 |
| **Address:** 1610 ROSEWOOD LN | **Payroll Period:** 4/01/2019 - 4/15/2019 |
| CHILLICOTHE, MO 64601 | **Check Net Amount:** $1,087.32 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,329.67 | $10,486.64 |
| FEDERAL/STATE TAXABLE WAGE | $1,274.24 | $10,049.24 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,327.43 | $10,468.72 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | -23:00 | $-352.88 |
| HOLIDAY COMP USAGE PAY | $1,329.67 | 7:00 | $107.40 |
| OTHER LEAVE WITH PAY | $1,329.67 | 16:00 | $245.48 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.96 |
| FEDERAL TAX WITHHOLDING | $78.25 | $611.54 |
| MCHCP VISION - CP | $2.24 | $17.92 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.25 | $151.80 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $419.48 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $649.06 |
| STATE TAX WITHHOLDING | $7.00 | $51.00 |
| Total | $242.35 | $1,901.76 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $45.10 |
| LONG TERM DISABILITY FRINGE | $6.32 | $49.83 |
| MEDICARE FRINGE PAYMENT | $19.25 | $151.80 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $2,119.37 |
| RETIREE HEALTH FRINGE | $57.57 | $594.31 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $649.06 |
| Total | $439.89 | $3,609.47 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024022628 | CHECKING | ****2445 | 314074269 |

https://ess.mo.gov/Print/CheckDetailsPrintView?chck_num=90000024022628&nav=0     4/30/2019

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



| | |
|---|---|
| **Name:** WYATT W. WALKER | **Check Date:** 04/15/2019 |
| **Address:** 1610 ROSEWOOD LN | **Payroll Period:** 3/16/2019 - 3/31/2019 |
| CHILLICOTHE, MO 64601 | **Check Net Amount:** $1,087.32 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,329.67 | $9,156.97 |
| FEDERAL/STATE TAXABLE WAGE | $1,274.24 | $8,775.00 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,327.43 | $9,141.29 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | -16:00 | $-245.48 |
| HOLIDAY COMP USAGE PAY | $1,329.67 | 16:00 | $245.48 |
| OTHER LEAVE WITH PAY | $1,329.67 | -8:00 | $-122.74 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| SICK LEAVE USAGE PAY | $1,329.67 | 8:00 | $122.74 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.84 |
| FEDERAL TAX WITHHOLDING | $78.25 | $533.29 |
| MCHCP VISION - CP | $2.24 | $15.68 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.25 | $132.55 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $366.29 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $566.76 |
| STATE TAX WITHHOLDING | $7.00 | $44.00 |
| Total | $242.35 | $1,659.41 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $39.38 |
| LONG TERM DISABILITY FRINGE | $6.32 | $43.51 |
| MEDICARE FRINGE PAYMENT | $19.25 | $132.55 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $1,850.64 |
| RETIREE HEALTH FRINGE | $82.31 | $536.74 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $566.76 |
| Total | $464.63 | $3,169.58 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000023971159 | CHECKING | ****2445 | 314074269 |

| State of Missouri<br>Office of Administration<br>PO Box 809<br>Jefferson City, Missouri 65102 |  | |
|---|---|---|
| **Name:** WYATT W. WALKER | **Check Date:** 03/29/2019 | |
| **Address:** 1610 ROSEWOOD LN | **Payroll Period:** 3/01/2019 - 3/15/2019 | |
| CHILLICOTHE, MO 64601 | **Check Net Amount:** $1,087.32 | |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,329.67 | $7,827.30 |
| FEDERAL/STATE TAXABLE WAGE | $1,274.24 | $7,500.76 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,327.43 | $7,813.86 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 86:40 | $1,303.67 |
| REGULAR PAY | $1,329.67 | -24:00 | $-368.22 |
| ANNUAL LEAVE USAGE PAY | $1,329.67 | 8:00 | $122.74 |
| HOLIDAY COMP USAGE PAY | $1,329.67 | 8:00 | $122.74 |
| OTHER LEAVE WITH PAY | $1,329.67 | 8:00 | $122.74 |
| SHIFT DIFFERENTIAL | $26.00 | 86:40 | $26.00 |
| Total | | 173:20 | $1,329.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.72 |
| FEDERAL TAX WITHHOLDING | $78.25 | $455.04 |
| MCHCP VISION - CP | $2.24 | $13.44 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.25 | $113.30 |
| MOSERS RETIREMENT PLAN - EE | $53.19 | $313.10 |
| SOCIAL SECURITY TAX W/H -EE | $82.30 | $484.46 |
| STATE TAX WITHHOLDING | $7.00 | $37.00 |
| Total | $242.35 | $1,417.06 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.72 | $33.66 |
| LONG TERM DISABILITY FRINGE | $6.32 | $37.19 |
| MEDICARE FRINGE PAYMENT | $19.25 | $113.30 |
| MOSERS RET 2011 PLAN FRNG PAY | $268.73 | $1,581.91 |
| RETIREE HEALTH FRINGE | $82.31 | $454.43 |
| SOCIAL SECURITY TAX W/H -ER | $82.30 | $484.46 |
| Total | $464.63 | $2,704.95 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000023919234 | CHECKING | ****2445 | 314074269 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

**Name:** MELISSA R. WALKER
**Address:** 10770 LIV 237
          CHILLICOTHE, MO 64601

**Check Date:** 06/14/2019
**Payroll Period:** 5/16/2019 - 5/31/2019
**Check Net Amount:** $1,030.72

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,303.67 | $16,266.70 |
| FEDERAL/STATE TAXABLE WAGE | $1,209.07 | $15,179.10 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,261.22 | $15,907.75 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 87:40 | $1,318.71 |
| ANNUAL LEAVE USAGE PAY | $1,303.67 | 8:00 | $120.34 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -9:00 | $-135.38 |
| Total | | 86:40 | $1,303.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $5.00 | $55.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.32 |
| FEDERAL TAX WITHHOLDING | $71.74 | $1,010.94 |
| MCHCP HEALTH - CP | $36.00 | $288.00 |
| MCHCP VISION - CP | $6.45 | $70.95 |
| MEDICARE TX W/H EMPLOYEE SHARE | $18.29 | $230.66 |
| MO STATE DEFERRED COMP PLAN | $0.00 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $52.15 | $650.70 |
| SOCIAL SECURITY TAX W/H -EE | $78.20 | $986.28 |
| STATE TAX WITHHOLDING | $5.00 | $148.00 |
| Total | $272.95 | $3,519.80 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.61 | $69.98 |
| LONG TERM DISABILITY FRINGE | $6.19 | $77.24 |
| MCHCP HEALTH FRINGE PAYMENT | $402.00 | $3,920.00 |
| MEDICARE FRINGE PAYMENT | $18.29 | $230.66 |
| MOSERS RET 2011 PLAN FRNG PAY | $263.47 | $3,287.49 |
| RETIREE HEALTH FRINGE | $56.45 | $852.42 |
| SOCIAL SECURITY TAX W/H -ER | $78.20 | $986.28 |
| Total | $830.21 | $9,424.07 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024178087 | CHECKING | ****9876 | 101901396 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| Name: MELISSA R. WALKER | Check Date: 05/31/2019 |
|---|---|
| Address: 10770 LIV 237 | Payroll Period: 5/01/2019 - 5/15/2019 |
| CHILLICOTHE, MO 64601 | Check Net Amount: $1,030.74 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,303.67 | $14,963.03 |
| FEDERAL/STATE TAXABLE WAGE | $1,209.07 | $13,970.03 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,261.22 | $14,846.53 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 31:10 | $468.82 |
| ANNUAL LEAVE USAGE PAY | $1,303.67 | 20:23 | $306.61 |
| FEDERAL COMP USAGE PAY | $1,303.67 | 12:00 | $180.51 |
| HOLIDAY COMP USAGE PAY | $1,303.67 | 3:14 | $48.64 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -0:30 | $-7.52 |
| SICK LEAVE USAGE PAY | $1,303.67 | 17:45 | $267.00 |
| STATE COMP USAGE PAY | $1,303.67 | 2:38 | $39.61 |
| Total | | 86:40 | $1,303.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $5.00 | $50.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.20 |
| FEDERAL TAX WITHHOLDING | $71.74 | $939.20 |
| MCHCP HEALTH - CP | $36.00 | $252.00 |
| MCHCP VISION - CP | $6.45 | $64.50 |
| MEDICARE TX W/H EMPLOYEE SHARE | $18.28 | $212.37 |
| MO STATE DEFERRED COMP PLAN | $0.00 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $52.15 | $598.55 |
| SOCIAL SECURITY TAX W/H -EE | $78.19 | $908.08 |
| STATE TAX WITHHOLDING | $5.00 | $143.00 |
| Total | $272.93 | $3,246.85 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.61 | $64.37 |
| LONG TERM DISABILITY FRINGE | $6.19 | $71.05 |
| MCHCP HEALTH FRINGE PAYMENT | $402.00 | $3,518.00 |
| MEDICARE FRINGE PAYMENT | $18.28 | $212.37 |
| MOSERS RET 2011 PLAN FRNG PAY | $263.47 | $3,024.02 |
| RETIREE HEALTH FRINGE | $56.45 | $795.97 |
| SOCIAL SECURITY TAX W/H -ER | $78.19 | $908.08 |
| Total | $830.19 | $8,593.86 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024125957 | CHECKING | ****9876 | 101901396 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| | |
|---|---|
| Name: MELISSA R. WALKER | Check Date: 05/15/2019 |
| Address: 10770 LIV 237 | Payroll Period: 4/16/2019 - 4/30/2019 |
| CHILLICOTHE, MO 64601 | Check Net Amount: $2,058.46 |

| Wages | | Amount | YTD Amount |
|---|---|---|---|
| GROSS WAGES | | $2,732.69 | $13,659.36 |
| FEDERAL/STATE TAXABLE WAGE | | $2,580.93 | $12,760.96 |
| SOCIAL SECURITY/MEDICARE WAGE | | $2,690.24 | $13,385.31 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 84:40 | $1,273.59 |
| ANNUAL LEAVE USAGE PAY | $1,303.67 | 2:00 | $30.08 |
| FEDERAL COMP TIME - PAID | $1,303.67 | 89:38 | $1,348.29 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -8:00 | $-120.34 |
| SICK LEAVE USAGE PAY | $1,303.67 | 8:00 | $120.34 |
| STATE COMP TIME - PAID | $1,303.67 | 5:22 | $80.73 |
| Total | | 181:40 | $2,732.69 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $5.00 | $45.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $1.08 |
| FEDERAL TAX WITHHOLDING | $234.54 | $867.46 |
| MCHCP HEALTH - CP | $36.00 | $216.00 |
| MCHCP VISION - CP | $6.45 | $58.05 |
| MEDICARE TX W/H EMPLOYEE SHARE | $39.01 | $194.09 |
| MO STATE DEFERRED COMP PLAN | $0.00 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $109.31 | $546.40 |
| SOCIAL SECURITY TAX W/H -EE | $166.80 | $829.89 |
| STATE TAX WITHHOLDING | $77.00 | $138.00 |
| Total | $674.23 | $2,973.92 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $11.75 | $58.76 |
| LONG TERM DISABILITY FRINGE | $12.98 | $64.86 |
| MCHCP HEALTH FRINGE PAYMENT | $402.00 | $3,116.00 |
| MEDICARE FRINGE PAYMENT | $39.01 | $194.09 |
| MOSERS RET 2011 PLAN FRNG PAY | $552.28 | $2,760.55 |
| RETIREE HEALTH FRINGE | $118.33 | $739.52 |
| SOCIAL SECURITY TAX W/H -ER | $166.80 | $829.89 |
| Total | $1,303.15 | $7,763.67 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024074571 | CHECKING | ****9876 | 101901396 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



| | |
|---|---|
| **Name:** MELISSA R. WALKER | **Check Date:** 04/30/2019 |
| **Address:** 10770 LIV 237 | **Payroll Period:** 4/01/2019 - 4/15/2019 |
| CHILLICOTHE, MO 64601 | **Check Net Amount:** $1,030.73 |

| Wages | Amount | YTD Amount |
|---|---:|---:|
| GROSS WAGES | $1,303.67 | $10,926.67 |
| FEDERAL/STATE TAXABLE WAGE | $1,209.07 | $10,180.03 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,261.22 | $10,695.07 |

| Pay | Rate | Hours | Amount |
|---|---:|---:|---:|
| REGULAR PAY | $1,303.67 | 105:10 | $1,581.94 |
| ANNUAL LEAVE USAGE PAY | $1,303.67 | 4:00 | $60.17 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -22:30 | $-338.44 |
| Total | | 86:40 | $1,303.67 |

| Deductions | Amount | YTD Amount |
|---|---:|---:|
| ADDITIONAL STATE TAX W/H | $5.00 | $40.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.96 |
| FEDERAL TAX WITHHOLDING | $71.74 | $632.92 |
| MCHCP HEALTH - CP | $36.00 | $180.00 |
| MCHCP VISION - CP | $6.45 | $51.60 |
| MEDICARE TX W/H EMPLOYEE SHARE | $18.29 | $155.08 |
| MO STATE DEFERRED COMP PLAN | $0.00 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $52.15 | $437.09 |
| SOCIAL SECURITY TAX W/H -EE | $78.19 | $663.09 |
| STATE TAX WITHHOLDING | $5.00 | $61.00 |
| Total | $272.94 | $2,299.69 |

| Employer Contributions | Amount | YTD Amount |
|---|---:|---:|
| LIFE INSURANCE FRINGE PAYMNT | $5.61 | $47.01 |
| LONG TERM DISABILITY FRINGE | $6.19 | $51.88 |
| MCHCP HEALTH FRINGE PAYMENT | $402.00 | $2,714.00 |
| MEDICARE FRINGE PAYMENT | $18.29 | $155.08 |
| MOSERS RET 2011 PLAN FRNG PAY | $263.47 | $2,208.27 |
| RETIREE HEALTH FRINGE | $56.45 | $621.19 |
| SOCIAL SECURITY TAX W/H -ER | $78.19 | $663.09 |
| Total | $830.20 | $6,460.52 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000024022624 | CHECKING | ****9876 | 101901396 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



| | | | |
|---|---|---|---|
| **Name:** MELISSA R. WALKER | | **Check Date:** 04/15/2019 | |
| **Address:** 10770 LIV 237 | | **Payroll Period:** 3/16/2019 - 3/31/2019 | |
| CHILLICOTHE, MO 64601 | | **Check Net Amount:** $1,412.04 | |

| Wages | | Amount | YTD Amount |
|---|---|---|---|
| GROSS WAGES | | $1,830.15 | $9,623.00 |
| FEDERAL/STATE TAXABLE WAGE | | $1,714.49 | $8,970.96 |
| SOCIAL SECURITY/MEDICARE WAGE | | $1,787.70 | $9,433.85 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 123:55 | $1,863.98 |
| ANNUAL LEAVE USAGE PAY | $1,303.67 | 8:00 | $120.34 |
| FEDERAL COMP TIME - PAID | $1,303.67 | 9:53 | $148.67 |
| HOLIDAY COMP TIME - PAID | $1,303.67 | 23:37 | $355.25 |
| OFFSET STATE OT PAY TO LEAVE | $0.00 | -8:00 | $-120.34 |
| OFFSETS FLSA PAY TO LEAVE BAL | $0.00 | -37:15 | $-560.31 |
| STATE COMP TIME - PAID | $1,303.67 | 1:30 | $22.56 |
| Total | | 121:40 | $1,830.15 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $5.00 | $35.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.84 |
| FEDERAL TAX WITHHOLDING | $130.57 | $561.18 |
| MCHCP HEALTH - CP | $36.00 | $144.00 |
| MCHCP VISION - CP | $6.45 | $45.15 |
| MEDICARE TX W/H EMPLOYEE SHARE | $25.92 | $136.79 |
| MO STATE DEFERRED COMP PLAN | $0.00 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $73.21 | $384.94 |
| SOCIAL SECURITY TAX W/H -EE | $110.84 | $584.90 |
| STATE TAX WITHHOLDING | $30.00 | $56.00 |
| Total | $418.11 | $2,026.75 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $7.87 | $41.40 |
| LONG TERM DISABILITY FRINGE | $8.69 | $45.69 |
| MCHCP HEALTH FRINGE PAYMENT | $578.00 | $2,312.00 |
| MEDICARE FRINGE PAYMENT | $25.92 | $136.79 |
| MOSERS RET 2011 PLAN FRNG PAY | $369.87 | $1,944.80 |
| RETIREE HEALTH FRINGE | $113.29 | $564.74 |
| SOCIAL SECURITY TAX W/H -ER | $110.84 | $584.90 |
| Total | $1,214.48 | $5,630.32 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000023971155 | CHECKING | ****9876 | 101901396 |

| State of Missouri<br>Office of Administration<br>PO Box 809<br>Jefferson City, Missouri 65102 |  | |
|---|---|---|
| **Name:** MELISSA R. WALKER | **Check Date:** 03/29/2019 | |
| **Address:** 10770 LIV 237 | **Payroll Period:** 3/01/2019 - 3/15/2019 | |
| CHILLICOTHE, MO 64601 | **Check Net Amount:** $1,020.00 | |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,303.67 | $7,792.85 |
| FEDERAL/STATE TAXABLE WAGE | $1,196.03 | $7,256.47 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,261.22 | $7,646.15 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,303.67 | 73:10 | $1,100.59 |
| FEDERAL COMP USAGE PAY | $1,303.67 | 8:45 | $131.62 |
| SICK LEAVE USAGE PAY | $1,303.67 | 4:45 | $71.46 |
| Total | | 86:40 | $1,303.67 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| ADDITIONAL STATE TAX W/H | $5.00 | $30.00 |
| CAFETERIA ADMINISTRATION FEE | $0.12 | $0.72 |
| FEDERAL TAX WITHHOLDING | $70.43 | $430.61 |
| MCHCP HEALTH - CP | $36.00 | $108.00 |
| MCHCP VISION - CP | $6.45 | $38.70 |
| MEDICARE TX W/H EMPLOYEE SHARE | $18.29 | $110.87 |
| MO STATE DEFERRED COMP PLAN | $13.04 | $77.95 |
| MOSERS RETIREMENT PLAN - EE | $52.15 | $311.73 |
| SOCIAL SECURITY TAX W/H -EE | $78.19 | $474.06 |
| STATE TAX WITHHOLDING | $4.00 | $26.00 |
| Total | $283.67 | $1,608.64 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.61 | $33.53 |
| LONG TERM DISABILITY FRINGE | $6.19 | $37.00 |
| MCHCP HEALTH FRINGE PAYMENT | $578.00 | $1,734.00 |
| MEDICARE FRINGE PAYMENT | $18.29 | $110.87 |
| MOSERS RET 2011 PLAN FRNG PAY | $263.47 | $1,574.93 |
| RETIREE HEALTH FRINGE | $80.70 | $451.45 |
| SOCIAL SECURITY TAX W/H -ER | $78.19 | $474.06 |
| Total | $1,030.45 | $4,415.84 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000023919230 | CHECKING | ****9876 | 101901396 |

# Leave and Earnings Statement (LES)

Second older pay period ∨    03/13/2019 ∨    Printer Friendly LES 🖨   ❓

| DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| ID | NAME (Last, First, MI) WALKER WYATT WILLARD | SOC. SEC. NO. ***-**-8451 | GRADE E02 | PAY DATE 131230 | YRS SVC 05 | ETS 191229 | BRANCH ARNG | ADSN/DSSN 5570 | PERIOD COVERED CHK DT 190313 |

| ENTITLEMENTS || DEDUCTIONS || ALLOTMENTS || SUMMARY ||
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 125.60 | FICA TAX | 9.60 | | | +Tot Ent | 125.60 |
| B | | STATE INC TAX | 1.00 | | | -Tot Ded | 62.59 |
| C | | SGLI | 29.00 | | | -Tot Allt | |
| D | | SSLI | 22.99 | | | =Net Amt | 63.01 |
| E | | | | | | -Cr Fwd | |
| F | | | | | | =EOM Pay | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | DIEMS | RETPLAN |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 125.60 | | 62.59 | | | | |

| LEAVE | BF Bal 12.5 | Ernd .0 | Used 0 | Cr Bal 12.5 | ETS Bal .0 | Lv Lost .0 | Lv Paid Use/Lose 12.5 | FED TAXES | Wage Period 125.60 | Wage YTD 753.60 | M/S M | Ex 02 | Add'l Tax .00 | Tax YTD .00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 125.60 | Soc Wage YTD 753.60 | Soc Tax YTD 46.72 | Med Wage YTD 753.60 | Med Tax YTD 10.93 | STATE TAXES | St MO | Wage Period 125.60 | Wage YTD 753.60 | M/S M | Ex 02 | Tax YTD 6.00 | | |
| PAY DATA | BAQ Type W DEP | BAQ Depn SPOUSE | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN | | |

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate | Bonus Pay Current .00 |
| CM AGCY CONTR | AGCY-AUTO .00 | AGCY-MATCH .00 | | | | | | |
| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH .00 | YTD TSP AGCY-AUTO .00 | YTD TSP AGCY-MATCH .00 | | |

REMARKS:    YTD ENTITLE 753.60    YTD DEDUCT 219.62

YOUR CHECK WAS SENT TO: USAA FEDERAL SAVINGS BANK
DIRECT DEPOSIT DATE: 03/13/19 AMOUNT: $63.01
* AS OF 30 DEC 13, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 19: UTA 24 AFTP 00 ET 00 ATA 00
JPT 00 AAUTA 00 AANT 00 RMA 00 SUP IDT TNG 00 MCOFT 00 RMAM 00 AT/ADT 000 FHDA 000
INACTIVE DUTY TRAINING 02 MAR 19 1 02 MAR 19 2
YOUR CURRENT STATE CLAIMED IS: MISSOURI
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $400,000

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE: NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
-COMING SOON: MYPAY REFRESHED. SIMPLER, STREAMLINED, MOBILE-FRIENDLY. FIND OUT MORE
HTTPS://WWW.DFAS.MIL/MYPAYINFO/MYPAY2019.HTML
-YOUR BASIC PAY IS DETERMINED BY YOUR PAY GRADE AND PEBD. REVIEW
YOUR LES TO ENSURE IT IS CORRECT. IF NOT CONTACT YOUR UA.

WWW.DFAS.MIL

DFAS Form 702, Jan 02

--Back to top--

# LEAVE AND EARNINGS STATEMENT (LES)

First older pay period ⌄    04/19/2019 ⌄    Printer Friendly LES 🖨  ❓

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | WALKER WYATT WILLARD | ***-**-8451 | E02 | 131230 | 05 | 191229 | ARNG | 6570 | CHK DT 190419 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 125.60 | FICA TAX | 9.61 | | | +Tot Ent | 125.60 |
| B | | STATE INC TAX | 1.00 | | | -Tot Ded | 10.61 |
| C | | | | | | -Tot Allt | |
| D | | | | | | =Net Amt | 114.99 |
| E | | | | | | -Cr Fwd | |
| F | | | | | | =EOM Pay | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | DIEMS | RETPLAN |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 125.60 | | 10.61 | | | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 12.5 | .0 | 0 | 12.5 |  | .0 | .0 | 12.5 |  | 125.60 | 1256.00 | M | 02 | .00 | .00 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 125.60 | 1256.00 | 77.87 | 1256.00 | 18.21 |  | MO | 125.60 | 1256.00 | M | 02 | 11.00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | W DEP | SPOUSE | 00000 |  |  |  |  |  |  |  |  |  | A |

| | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| TRADITIONAL PLAN (TSP) | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| ROTH PLAN | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CM AGCY CONTR | AGCY-AUTO .00 | AGCY-MATCH .00 | | | | |
|---|---|---|---|---|---|---|
| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH .00 | YTD TSP AGCY-AUTO .00 | YTD TSP AGCY-MATCH .00 |

REMARKS:    YTD ENTITLE 1256.00    YTD DEDUCT 315.04

YOUR CHECK WAS SENT TO: USAA FEDERAL SAVINGS BANK
DIRECT DEPOSIT DATE: 04/19/19 AMOUNT: $114.99
* AS OF 30 DEC 13, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 19: UTA 32 AFTP 00 ET 00 ATA 00
JFT 00 AAUTA 00 AANT 00 RMA 00 SUP IDT TNG 00
MCOFT 00 RMAM 00 AT/ADT 000 FHDA 000
INACTIVE DUTY TRAINING 04 APR 19 1 04 APR 19 2
YOUR CURRENT STATE CLAIMED IS: MISSOURI
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $400,000

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE: NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
-COMING SOON: MYPAY REFRESHED. SIMPLER, STREAMLINED, MOBILE-FRIENDLY. FIND OUT MORE
HTTPS://WWW.DFAS.MIL/MYPAYINFO/MYPAY2019.HTML
-YOUR BASIC PAY IS DETERMINED BY YOUR PAY GRADE AND PEBD. REVIEW
YOUR LES TO ENSURE IT IS CORRECT. IF NOT CONTACT YOUR UA.

WWW.DFAS.MIL

DFAS Form 702, Jan 02

--Back to top--

# Leave and Earnings Statement (LES)

Current pay period ∨ 05/15/2019 ∨ Printer Friendly LES 🖨 ❓

**DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT**

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | WALKER WYATT WILLARD | ***-**-8451 | E02 | 131230 | 05 | 191229 | ARNG | 5570 | CHK DT 190515 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 251.20 | FICA TAX | 19.22 | | | +Tot Ent | 251.20 |
| B | | STATE INC TAX | 2.00 | | | -Tot Ded | 73.21 |
| C | | SGLI | 29.00 | | | -Tot Allt | |
| D | | SSLI | 22.99 | | | =Net Amt | 177.99 |
| E | | | | | | -Cr Fwd | |
| F | | | | | | =EOM Pay | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | DIEMS | RETPLAN |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 251.20 | | 73.21 | | | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12.5 | .0 | 0 | 12.5 | | .0 | .0 | 12.5 | | 251.20 | 1507.20 | M | 02 | .00 | .00 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St MO | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 251.20 | 1507.20 | 93.45 | 1507.20 | 21.85 | | | 251.20 | 1507.20 | M | 02 | 13.00 |

| PAY DATA | BAQ Type W DEP | BAQ Depn SPOUSE | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |

| CM AGCY CONTR | AGCY-AUTO .00 | AGCY-MATCH .00 | | | |
|---|---|---|---|---|---|
| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred | YTD TSP Exempt .00 | YTD ROTH .00 | YTD TSP AGCY-AUTO .00 | YTD TSP AGCY-MATCH .00 |

**REMARKS:** YTD ENTITLE 1507.20   YTD DEDUCT 388.25
YOUR CHECK WAS SENT TO: USAA FEDERAL SAVINGS BANK
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
DIRECT DEPOSIT DATE: 05/15/19 AMOUNT: $177.99   SPOUSE SGLI COVERAGE: NONE
* AS OF 30 DEC 13, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED   PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)   TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
TOTAL PERFORMANCE FY 19: UTA 36 AFTP 00 ET 00 ATA 00   2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
JPT 00 AAUTA 00 AANT 00 RMA 00 SUP IDT TNG 00   -COMING SOON: MYPAY REFRESHED. SIMPLER, STREAMLINED, MOBILE-FRIENDLY. FIND OUT MORE
MCOFT 00 RMAM 00 AT/ADT 000 FHDA 000   HTTPS://WWW.DFAS.MIL/MYPAYINFO/MYPAY2019.HTML
INACTIVE DUTY TRAINING 04 MAY 19 1 04 MAY 19 2 05 MAY 19 1   -YOUR BASIC PAY IS DETERMINED BY YOUR PAY GRADE AND PEBD. REVIEW
INACTIVE DUTY TRAINING 05 MAY 19 2   YOUR LES TO ENSURE IT IS CORRECT. IF NOT CONTACT YOUR UA
YOUR CURRENT STATE CLAIMED IS: MISSOURI
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $400,000

WWW.DFAS.MIL

DFAS Form 702, Jan 02